```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 11611
    PHILLIP A KRAPIL
    KAREN M KRAPIL                           CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7264    SSN XXX-XX-2259


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/15/2006 and was confirmed 12/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
AMERICA'S SERVICING COMP  CURRENT MORTG         .00            .00            .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE     5279.43            .00        5279.43
AMERICREDIT FINANCIAL SV  SECURED VEHIC         .00            .00            .00
CAPITAL ONE FINANCE       NOTICE ONLY     NOT FILED            .00            .00
FIRST NATIONWIDE DELTA    UNSECURED       NOT FILED            .00            .00
ALLIED INTERSTATE         UNSECURED       NOT FILED            .00            .00
AMERICAN COLLECTION       UNSECURED         1174.86            .00        1174.86
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED            .00            .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED            .00            .00
IC SYSTEMS INC            UNSECURED           80.37            .00          80.37
KOHLS                     UNSECURED       NOT FILED            .00            .00
ORLAND THERAPY SPECIALIS  UNSECURED       NOT FILED            .00            .00
PALOS COMMUNITY HOSP      UNSECURED       NOT FILED            .00            .00
PALOS EMERGENCY MEDICAL   UNSECURED       NOT FILED            .00            .00
RADIOLOGY & NUCLEAR CONS  UNSECURED       NOT FILED            .00            .00
VANRU CREDIT              UNSECURED       NOT FILED            .00            .00
AMERICAS SERVICING CO     NOTICE ONLY     NOT FILED            .00            .00
LASALLE BANK NATIONAL     NOTICE ONLY     NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          506.01            .00         506.01
DANIEL J WINTER           DEBTOR ATTY      2,656.00                       2,656.00
TOM VAUGHN                TRUSTEE                                           639.36
DEBTOR REFUND             REFUND                                            219.72

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              10,555.75

PRIORITY                                       .00
SECURED                                    5,279.43
UNSECURED                                  1,761.24

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11611 PHILLIP A KRAPIL & KAREN M KRAPIL
```

```
ADMINISTRATIVE                                              2,656.00
TRUSTEE COMPENSATION                                          639.36
DEBTOR REFUND                                                 219.72
                                      ---------------    ---------------
TOTALS                                      10,555.75          10,555.75
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 03/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE